IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Docket No. 5:14-cr-86 |
| ) | |
| v. ) | **BILL OF INFORMATION** |
| ) | |
| LISA DAWN WENTWORTH ) | Violations: |
| ) | 21 U.S.C. § 841 |
| ) | 21 U.S.C. § 846 |

### THE UNITED STATES CHARGES:

### COUNT ONE

From in or about 2013 to in or about 2014, in Caldwell County, within the Western District of North Carolina, and elsewhere, the Defendant,

### LISA DAWN WENTWORTH,

did knowingly and intentionally combine, conspire, confederate and agree with other persons, known and unknown to the United States, to distribute and to possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Said offense involved five hundred (500) grams or more of a mixture and substance containing a detectable amount of methamphetamine.

All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A).

### NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of 21 U.S.C. § 853. The following property is subject to forfeiture in accordance with Section 853:

a. All property which constitutes or is derived from proceeds of the violations set forth in this bill of indictment;

b. All property used or intended to be used in any manner or part to commit or facilitate such violations; and

c.  If, as set forth in 21 U.S.C. § 853(p), any property described in (a) and (b) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant/s to the extent of the value of the property described in (a) and (b).

There is probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above:

- Interarms .38 special revolver, and ammunition

ANNE M. TOMPKINS
UNITED STATES ATTORNEY

STEVEN R. KAUFMAN
ASSISTANT UNITED STATES ATTORNEY